IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| UNIQUE MICA GREEN § | |
| § | CASE NO. 22-30587 |
| DEBTOR § | (CHAPTER 13) |
| § | |

## ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY'S EXPEDITED MOTION TO CONVERT TO A CHAPTER 7

This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing. Represented parties should act through their attorney.

**Expedited relief has been requested. If the Court considers the motion on an emergency basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that the emergency consideration is not warranted, you should file an immediate response.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE DAVID R. JONES:

COMES NOW, ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY, Creditor which files this Motion to CONVERT TO A CHAPTER 7 against UNIQUE MICA GREEN, Debtor and would show the court as follows:

## JURISDICTION

1. Allstate asserts this Court has jurisdiction pursuant to 28 U.S.C. §§1334 and 157 and 11 U.S.C. §§1307(c) and (d).

## EXPEDITED FACTS

2. Allstate needs the Court to stop the clerk from dismissing this case prior to a hearing. Debtor did not file her Schedules and Statement of Financial Affairs within 15 days of the filing of her Voluntary Petition. Debtor requested an extension to April 4, 2022, but still has not filed her Schedules and Statement of Financial Affairs. As the Court is aware the Clerk may dismiss this case without hearing based on the Debtor's omissions. Allstate seeks to avoid the Clerk dismissing this case prior to this hearing on the Motion to Convert to A Chapter 7.

## FACTS

3. On March 4, 2022, Debtor filed her Chapter 13 bankruptcy.
4. Debtor has become notorious to several insurance companies. Debtor is a felon who has been convicted of identity fraud and has spent time in federal prison. Thereafter Debtor

changed her name to Unique Mica Green from Michael James Green. Debtor was married in 2018 and also uses Unique Mica Green-Battle and Unique Mica Battle-Green.

5. Debtor is prolific regarding her ability to manipulate the judicial system and recklessly forge documents to change title to automobiles and real property.[1]

6. Debtor is currently being investigated for insurance fraud, and fraud on the State District Courts, fraud on her creditors and fraud in numerous lawsuits filed in the State Courts.

7. Debtor can now add bankruptcy fraud to her list of endeavors.

8. On March 21, 2022, "Paulette King" filed suit against Unique Green in the 165th District Court of Harris County, Texas case no. 2022-16875. A true and correct copy of the Petition is attached here to as Exhibit 1. The papers on file in the lawsuit strongly suggest that Unique Green filed the lawsuit herself, posing as her sister, Paulette King.

9. Debtor allegedly signed her sister's name on the Petition with the Debtor's phone number. Exhibit 2 is a true and correct copy of document 1-2 filed on January 15, 2020 in case no. 4:20-cv-00153, filed in Judge Rosenthal's court, wherein Unique Mica Green lists her number as 281-408-3103. This is the same number listed for Paulette King in case no. 2022-16875.

10. In addition to the above, "Paulette King" submitted a Pauper's affidavit with a forged Notary stamp from "Shelby Reitz". A true and correct copy of the Pauper's Affidavit is attached hereto as Exhibit 3. Shelby Reitz will testify that she did not notarize the Pauper's Affidavit. Ms. Reitz previously notarized document subpoenas served by Allstate in the state court litigation involving Allstate and the Debtor. It is believed those notary seals were copied on to the Pauper's Affidavit.

---

[1] See Ryan W. Lane and Healing Favor Investments, LLC's Motion to Lift Stay (document 27) filed in this case on April 8, 2022.

11. It is believed that Debtor sued herself in order to defraud the State Court into granting "Paulette King" a lien against the Debtor thereby receiving an order to transfer a 2012 BMV 128I vin# WBAUP7C56CVP23997("Vehicle") into Paulette King's name and out of the bankruptcy estate.

12. The Plan is "unique". The Debtor acting as her sister, who claims to own an interest in an automotive repair shop, asserts a fraudulent mechanic's lien on the Vehicle. The plan was for the Debtor to intentionally default on the lawsuit. A default judgment is then entered in the name of Paulette King who forecloses on the Vehicle.

13. This is a repeat of a pattern of activity involving Unique Green in which she filed suit on behalf of Car Masters in order to get vehicles transferred to her name and, in one instance, out of her name. One of those lawsuits resulted in a criminal investigation due to Ms. Green altering a court order.

14. In my thirty-six years of being an attorney, I have never seen a Debtor sue herself and knowingly violate the automatic stay in order to defraud this court.

15. In addition to the above, Debtor is attempting to defraud her creditors who have a lien on the Vehicle, as well as the 165th District Court who is an unwitting partner in this scam.

16. Upon information and belief, Debtor, posing as her sister "Paulette King," filed two additional lawsuits on March 21, 2022 in the Harris County District Courts. The styles of these two additional cases are: (1) Cause No. 2022-16870, *Paulette King v. Melonice Y. Searcy, et al.*, in the 133rd District Court of Harris County, Texas; and (2) Cause No .2022-16885, *Paulette King v. Charles Hart, Jr., et al.*, in the 270th District Court of Harris County, Texas. Both of these additional lawsuits involve reported claims against vehicles,

wherein "Paulette King" seeks a judgment against these vehicles. both of these additional lawsuits contain the same links to Debtor as identified above.

17. The lawsuit against Ms. Searcy pertaining to the Jeep Wrangler raises additional issues of fraud in that, upon information and belief, the Jeep Wrangler is a vehicle the debtor drives as her personal vehicle.

18. The lawsuit against Charles Hart, Jr. raises additional issues of fraud on the courts in that Charles Hart, Jr. was the brother of Unique Green and Paulette King, who reportedly passed away in December 2021. "Paulette" filed a return of service indicating that the process server perfected service on Charles Hart on March 25, 2022, more than three (3) months after he died.

19. While Debtor received the benefits of bankruptcy by staying all of her pending state litigation, Debtor has failed to complete any of her duties as a debtor, such as filing her schedules and statement of financial affairs, filing a plan of reorganization, failing to pay required filing fees, and failing to make plan payments to the Trustee. Allstate contends that Plaintiff made false claims in her voluntary petition and has intentionally filed this bankruptcy for the purpose of postponing her trial settings in state court and to stop the foreclosure of her property.

20. Allstate contends that her fraud even extends to the limited filings Debtor submitted to date. In question 1 of her Voluntary Petition, Debtor identifies herself as Unique Mica Green. In question 2, Debtor lists the same. However, Debtor lists her name on the Application for Individuals to Pay the Filing Fee as "Unique Mica Green-Battle". A true and correct copy of their Marriage license is attached hereto as Exhibit 4.

21. Debtor has in fact, held other names and aliases including Michael James Green. In fact, Michael James Green has been sued as late as 8/14/2017 in case no. 2017-53950-7 in the 334th District Court Harris County, Texas.

22. Debtor is currently involved in several lawsuits in Texas courts many of which involve fraud against the Debtor.

23. Defendant requests that this Court take judicial notice of the Debtor's voluntary petition and the lack of schedules, statement of financial affairs in this case.

24. Section 1307(c) and (d) allows a party in interest to move for the conversion of a debtor's case for unreasonable delay that is prejudicial to the creditor, nonpayment of any fees and charges and failure to commence making timely payments under section 1326 and fraud on this court.

Wherefore, Premises Considered Defendants pray that this case be converted to a Chapter 7 so these matters may be fully investigated and for such other and further relief as the court deems Allstate justly entitled.

/s/ Edgar Goldberg
Edgar A. Goldberg
6525 Washington Avenue
Houston, Texas 77007
SBN 08075100
TEL: (713) 629-5889
FAX: (713) 629-5879
EMAIL: Edgar@eagoldberglaw.com
**Attorneys for Allstate Vehicle & Property Insurance Company**

6

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 8th day of April, 2022, a true and correct copy of the above and foregoing Motion to Convert to A Chapter 7 was served, via electronic delivery or first class mail, postage prepaid, upon the parties listed on the attached Service List pursuant to Rule 9007 of the Local Rules.

| **Debtors** | **Debtor's Attorney** |
|---|---|
| Unique Mica Green<br>1116 Elberta<br>Houston, Texas 77051 | PRO SE |
| | **Office of U.S.Trustee** |
| **TRUSTEE** | William E. Heitkamp<br>Office of the Chapter 13 Trustee |
| US Trustee<br>515 Rusk<br>Houston, Texas  77002 | 9821 Katy Freeway<br>Suite 590<br>Houston, Texas 77024 |
| | **/s/Edgar A. Goldberg**<br>Edgar A. Goldberg |

7