IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| UNIQUE MICA GREEN § | |
| § | CASE NO. 22-30587 |
| DEBTOR § | (CHAPTER 13) |
| § | |

WITNESS LIST OF ALLSTATE VEHICLE AND PROPERTY INURANCE COMPANY'S MOTION TO CONVERT TO A CHAPTER 7

| Presiding Judge David R. Jones | Plaintiff's Attorney Debtor is Pro Se | Creditor's Attorney Edgar Goldberg |
|---|---|---|
| Trial Date(s) 04/21/2022 | Court Reporter | Courtroom Deputy Vriana Portillo |

| PLT | DEF | DATE | ADMITTED | DESCRIPTION OF WITNESS |
|---|---|---|---|---|
| | 1 | | | Unique Green (Debtor) (subpoena issued) |
| | 2 | | | Sidney Ervin (Witness) (subpoena served/fee paid) |
| | 3 | | | Paulette King (Witness) (subpoena issued) |
| | 4 | | | Cory Martin (Witness) |
| | 5 | | | Everett Von Moore (Witness) (subpoena served/fee paid) |
| | 6 | | | Shelby Reitz (Witness) (subpoena issued/fee to be paid) |
| | | | | |

/s/ *Edgar Goldberg*
Edgar A. Goldberg
6525 Washington Avenue
Houston, Texas 77007
SBN 08075100

TEL: (713) 629-5889
FAX: (713) 629-5879
EMAIL: Edgar@eagoldberglaw.com

**Attorneys for Allstate Vehicle and Property Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2022, a true and correct copy of the above and foregoing Witness List and Exhibit List with Exhibits, were served, via electronic delivery, email to Unique Mica Green, Debtor or personal service upon the parties listed on the attached Service List pursuant to Rule 9007 of the Local Rules.

**DEBTOR**
Unique Mica Green
1116 Elberta
Houston, Texas 77051
email: greenmica1980@aol.com
greenmica@aol.com

**DEBTOR'S ATTORNEY**
PRO SE

**TRUSTEE**
US Trustee
515 Rusk
Houston, Texas  77002

**OFFICE OF U.S.TRUSTEE**
William E. Heitkamp
Office of the Chapter 13 Trustee
9821 Katy Freeway
Suite 590
Houston, Texas 77024

*/s/ Edgar Goldberg*
Edgar Goldberg