OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES BANKRUPTCY COURT

Southern  DISTRICT OF  Texas

In re Unique Mica Green, Debtor

V.

**EXHIBIT AND WITNESS LIST**

Case Number: 22-30587

| PRESIDING JUDGE<br>David R. Jones | PLAINTIFF'S ATTORNEY<br>Debtor is Pro Se | DEFENDANT'S ATTORNEY<br>Edgar Goldberg |
|---|---|---|
| TRIAL DATE (S)<br>04/21/2022 | COURT REPORTER | COURTROOM DEPUTY<br>Vriana Portillo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1. | | | | Form 101-Vol. Pet. Indv. Bankruptcy, Case #22-30587 In re Green Doc. 1 |
| | 2. | | | | Form 103A - App. Pay Filing Fee Instm., Case #22-30587 In re Green Doc. 3 |
| | 3. | | | | Debtor Mtn Extend Time to File Sched., Case #22-30587 In re Green Doc. 18 |
| | 4. | | | | Form 107 - Stmt. of Financial Affairs, Case #22-30587 In re Green Doc. 33 |
| | 5. | | | | Form 106A/B - Schedule A/B: Property, Case #22-30587 In re Green Doc. 35 |
| | 6. | | | | Mtn. Opp. Appearance of E. Goldberg, Case #22-30587 In re Green Doc. 32 |
| | 7. | | | | Form 122C-1 - Stmt. of Current Mo. Inc., Case #22-30587 In re Green Doc. 34 |
| | 8. | | | | Abstract of Judgment Cause# 2018-67062, Green v. Allstate, $18,636.28 |
| | 9. | | | | Abstract of Judgment Cause# 2018-67062, Green v. Allstate, $3,316.96 |
| | 10. | | | | Abstract of Judgment Cause# 2018-67062, Green v. Allstate, $1,216.00 |
| | 11. | | | | Abstract of Judgment Cause# 201753950, Wilburt Funeral v. Green, $14,097.0 |
| | 12. | | | | Abstract of Judgment Cause# 201714898, Harris County v. Green, $8,769.71 |
| | 13. | | | | Abstract/Judgment Cause# 1040683, First Data Merch. Sv. v. Green, $46,585. |
| | 14. | | | | Final Judgment, Cause#109650 Lavinghousez v. Unique Green |
| | 15. | | | | Cause#109650 Lavinghousez v. Unique Green, Plaintiff's 2nd Amend. Petition |
| | 16. | | | | Cause#109650 Lavinghousez v. Unique Green, Defendant's Answer |
| | 17. | | | | Case#2012-50733, In re Michael Green, Original Petition for Name Change |
| | 18. | | | | Case #2012-50733, In re Michael Green, Order Granting Name Change |
| | 19. | | | | Case #4:06CR00191-001,USA v. Michael James Green, Doc 65 CR/Judgment |
| | 20. | | | | TX. v. Unique Mica Battle-Green, Case#1733279, Indictment |
| | 21. | | | | TX. v. Unique M. Battle-Green, Case#1733980, Indictment |
| | 22. | | | | Cause# 2022-16875, King v. Green, Plaintiff's Original Petition |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

OAO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| In re Unique Mica Green, Debtor vs. | | | | | CASE NO. 22-30587 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 23. | | | | Cause# 2022-16875, King v. Green, Pauper's Affidavit |
| | 24. | | | | Cause# 2022-16875, King v. Green, Request for Service on U. Green |
| | 25. | | | | Cause# 2022-16875, King v. Green, Civil Process Pick Up Form |
| | 26. | | | | Cause# 2022-16875, King v. Green, Return of Service on U. Green |
| | 27. | | | | Cause# 2022-16885, King v. Charles Hart, Jr., Plaintiff's Original Petition |
| | 28. | | | | Cause# 2022-16885, King v. Charles Hart, Jr., Plaintiff's 1st Amended Petition |
| | 29. | | | | Cause# 2022-16885, King v. Charles Hart, Jr., Pauper's Affidavit |
| | 30. | | | | Cause# 2022-16885, King v. Hart, Request for Service on Charles Hart, Jr. |
| | 31. | | | | Cause# 2022-16885, King v. Hart, Return of Service/Charles Hart, Jr. |
| | 32. | | | | Cause# 2022-16870, King v. Searcy, Plaintiff's Original Petition |
| | 33. | | | | Cause# 2022-16870, King v. Searcy, Pauper's Affidavit |
| | 34. | | | | Cause# 2022-16870, King v. Searcy, Request for Service |
| | 35. | | | | Cause# 2022-16870, King v. Searcy, Return of Service |
| | 36. | | | | Photo of 1116 Elberta, Houston, TX |
| | 37. | | | | Photo of Jeep Wrangler VIN #1C4BJWDG4DL599473, Tag#NHP6198 |
| | 38. | | | | Ph. of Jeep Wrangler VIN #1C4BJWDG4DL599473, Tag#NHP6198 w/Green |
| | 39. | | | | Cause #2013-62835 Green v. Earls, Default Judgment Order (12/20/2013) |
| | 40. | | | | Abstract/Judgment Case#2014-11250, Brown v. Green, $14,491.56 |
| | 41. | | | | Accurint Rpt Blk/Gr 2006 Suzuki Hayabusa Racer VIN JS1GW71AX62109943 |
| | 42. | | | | Accurint Rpt. Gray 2017 Audi A7 Sportback VIN WAU22AFC2HN018117 |
| | 43. | | | | Form 3091 Notice of Ch. 13 Bankruptcy, Case #22-30587 In re Green Doc. 20 |
| | 44. | | | | Photo of 6939 Calhoun St., Houston, TX |
| | 45. | | | | A Community Funeral Home DBA of U. Green & P. Davis (02/12/2016) |
| | 46. | | | | A Community Funeral Home DBA of P. Davis (10/01/2021) |
| | 47. | | | | Case #4:06CR00191-001,USA v. Michael James Green, Doc 1, Indictment |
| | 48. | | | | Shelby Reitz Affidavit, Case #22-30587, In re Green, Doc. 29 |
| | 49. | | | | Email dated 01/19/2022 from Andre Wheeler to NCK regarding Charles Hart |

Page  2  of  3  Pages

OAO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| In re Unique Mica Green, Debtor vs. | | | | | CASE NO. 22-30587 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 50. | | | | DBA of Sidney's Auto |
| | 51. | | | | Photo of 4404 Allison |
| | 52 | | | | Cause #2021-69236, Green v. Lime Creek, Pauper's Affidavit, |

Page 3 of 3 Pages

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2022, a true and correct copy of the above and foregoing Witness List and Exhibit List with Exhibits, were served, via electronic delivery, email to Unique Mica Green, Debtor or personal service upon the parties listed on the attached Service List pursuant to Rule 9007 of the Local Rules.

**DEBTOR**
Unique Mica Green
1116 Elberta
Houston, Texas 77051
email: greenmica1980@aol.com
greenmica@aol.com

**DEBTOR'S ATTORNEY**
PRO SE

**TRUSTEE**
US Trustee
515 Rusk
Houston, Texas 77002

**OFFICE OF U.S.TRUSTEE**
William E. Heitkamp
Office of the Chapter 13 Trustee
9821 Katy Freeway
Suite 590
Houston, Texas 77024

/s/*Edgar Goldberg*
Edgar Goldberg