**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

APR 2 0 2022

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNIQUE MICA GREEN,** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **CASE NO. 22-30587** |
| | § | **(CHAPTER 13)** |
| | § | |
| | § | |

**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13**
**CASEWITHOUT PREJUDCIE NO HEARING REQUIRED**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE DAVID R. JONES:

COMES NOW, UNIQUE MICA GREEN, Debtor filing this DEBTOR'S MOTION FOR

VOLUNTARY DISMISSAL OF CHAPTER 13 CASE WITHOUT PREJUDICE

and would show the court as follows:

**JURISDICTION**

1. Debtor asserts this court has jurisdiction pursuant to 11 U.S.C. §§1307(f)

   because debtor is a farmer with livestock animals.

**FACTS**

2. On March 4, 2022, Debtor filed her Chapter 13 bankruptcy.

3. Debtor failed to complete duties as a debtor, such as filing her schedules and

statement of financial affairs, filing a plan of reorganization, failing to pay required filing fees, and failing to make plan payments to the Trustee in a timely manner.

4. Debtor had a motorcycle accident in the beginning of April 2022 where Debtor was the driver of the motorcycle and sustain injuries and sprain left wrist.

5. Debtor has filed her schedules and though not timely they have been filed.

6. Debtor request this court grant debtor's voluntary motion for dismissal without prejudice so that Debtor can consult an attorney for help with filing a chapter 13 bankruptcy and so that Debtor can complete her duties as a debtor, such as filing her schedules and statement of financial affairs, filing a plan of reorganization, paying required filing fees, and to make plan payments to the Trustee.

Wherefore, Premises Considered Debtor pray that this case be dismissed and for such other and further relief as the court deems Debtor justly entitled.

Respectfully submitted,

By: /S/ *Mrs. Unique M. Green*
Unique Green Pro, Se
1116 Elberta St
Houston, Texas 77051
Tel. (281)408-3103
Email: greenmica1980@aol.com
NO FAX NUMBER:
Unique Green, Individually

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2022, a true and correct copy of the above and foregoing Motion was served, via electronic delivery or first-class mail, postage prepaid, upon the parties listed on the attached Service List pursuant to Rule 9007 of the Local Rules.

**TRUSTEE**
US Trustee
515 Rusk
Houston, Texas 77002

**Debtor's Attorney**
PRO SE

**Office of U.S.Trustee**
William E. Heitkamp
Office of the Chapter 13 Trustee
9821 Katy Freeway
Suite 590
Houston, Texas 77024

**Edgar A. Goldberg for Allstate**
6525 Washington Avenue
Houston, Texas 77007

/s/Unique M. Green