**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **UNIQUE MICA GREEN** | § | **CASE NO. 22-30587** |
| | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **CHIEF JUDGE DAVID R. JONES** |

**TRUSTEE'S EMERGENCY MOTION FOR ORDER COMPELLING DEBTOR TO TURN OVER MOTOR VEHICLES**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. *EMERGENCY RELIEF HAS BEEN REQUESTED*.  IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE *LESS THAN 21 DAYS* TO ANSWER.  IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

*Due to the copying and postage costs, copies of the exhibits referenced herein are not included with the pleading mailed to parties-in-interest. Further, the version of this document served on parties-in-interest may be reduced in size to fit more than one-page of the document on each page served.  If you want copies of the exhibits referenced herein and/or a full-sized copy of this document, please email mmyers@rossbanks.com and an electronic copy will be promptly provided to you.*

**To the Honorable David R. Jones,**
**Chief United States Bankruptcy Judge**:

COMES NOW Eva S. Engelhart, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of the above-captioned bankruptcy estate and respectfully states as follows:

### A. Jurisdiction, Venue and Constitutional Authority

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and/or (E) and arises in and/or under Title 11.  The statutory predicate for the relief sought herein is 11 U.S.C. §§ 105, 541 and/or 542.

2.      Venue is proper under 28 U.S.C. §§ 1408 and/or 1409.

3. This Court has constitutional authority to enter a final order regarding this matter. This motion concerns essential bankruptcy matters which have no equivalent in state law thereby rendering the Supreme Court's opinion in *Stern v. Marshall* inapplicable. *See In re Carlew*, 469 B.R. 666, 672 (Bankr. S.D. Tex. 2012) (discussing *Stern v. Marshall*, 131 S.Ct. 2594 (2011)). In the alternative, all the matters addressed in this motion are essential bankruptcy matters which trigger the public rights exception. *See Id.*

### B. Background

4. On March 4, 2022 (the "Petition Date"), Unique Mica Green (the "Debtor"), filed for voluntary Chapter 13 bankruptcy relief.

5. On April 14, 2022, the Debtor filed her Schedule A/B, along with other required schedules and statements, at Docket Number 35. See attached **Exhibit A**. The Debtor listed in her Schedule A/B the following motor vehicles:

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make: 2018
Model: Porsche
Year:
Approximate mileage: 31K
Other information:

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ 30K
Current value of the portion you own? $

If you own or have more than one, describe here:

3.2. Make: Chevy
Model: Corvette
Year: 1959
Approximate mileage: 50L
Other information:

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ 50K
Current value of the portion you own? $

3.3. Make: Chevy
Model: Corvette
Year: 2020
Approximate mileage: 16K
Other information:

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ 45K
Current value of the portion you own? $

3.4. Make: 2018
Model: Dodge Van
Year:
Approximate mileage: 35L
Other information:

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ 25K
Current value of the portion you own? $

The Debtor did not claim any of the foregoing vehicles as exempt property in the Schedule C filed contemporaneously with her Schedule A/B.

6.        On April 21, 2022, after a hearing on a creditor's motion to convert, this case was converted to a Chapter 7 case [Docket Number 46].   The § 341 meeting of creditors was set for, and was held on, May 19, 2022.

7.        At the May 19, 2022, creditors meeting the Debtor's ownership of the above-itemized motor vehicles was discussed.   In sum, the Debtor testified that the 2018 Porsche, the 2018 Dodge Van and the 2014 Chevy Corvette were owned by her and were garaged/stored at 4404 Allison, Houston, Texas 77048, where the Debtor testified she resides along with her mother and her children[1].   As to the 1958 Chevy Corvette, despite disclosing her ownership of the same as set out above, the Debtor claimed that although she bought this vehicle and it was titled in her name that it was a gift for her mother Janevlyn Green and was garaged/stored also at the 4404 Allison location.   When asked whom she purchased this vehicle from, the Debtor refused to answer and asserted her rights under the Fifth Amendment of the United States Constitution.   At the meeting, the VIN # and all purchase related documents for the 1958 Chevy Corvette were requested from the Debtor and an email reiterating the same sent to Debtor's counsel later that day.   See **Exhibit B**.   To date the Trustee has not received neither the VIN # nor any purchase related documents.   The § 341 meeting was continued to June 23, 2022 at 2:00 p.m.

8.        On June 12, 2022, the Debtor filed her amended Schedule C which exempted only the 2018 Porsche and the 2018 Dodge Van (the Trustee reserves all rights) but not the Corvettes.   See **Exhibit C**. Prior to this amendment, and thereafter, counsel for the Debtor and the Trustee exchanged a series of correspondence regarding turnover the 2014 and 1958 Corvettes (see **Exhibits D.1 to D.9**):

---

[1] The Debtor's petition indicates that she resides at 1116 Elberta St., Houston, Texas 77051; however, apparently this is a burned down building.

**From:** Marc Myers <mmyers@rossbanks.com>
**Sent:** Tuesday, May 31, 2022 12:06 PM
**To:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Cc:** Eva Engelhart <eengelhart@rossbanks.com>
**Subject:** Unique Green

Jesse,

As it stands, the 4 vehicles listed in the Debtor's current schedule A/B are non-exempt property of the estate.  She needs to either turn over these vehicles or amend her exemption claims, please advise.  Thank you.

-------------

**From:**      Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:**      Tuesday, May 31, 2022 12:08 PM
**To:**        Marc Myers
**Cc:**         Eva Engelhart
**Subject:**   RE: Unique Green

Attempting to amended all her bankruptcy documents/schedules to comply with the law.  Will move quickly on the vehicles.  The vehicle that are not exempt will be surrendered/turned over.  Jesse Aguinaga, Esq.

-------------

**From:**      Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:**      Sunday, June 12, 2022 11:45 AM
**To:**        Marc Myers
**Cc:**         Eva Engelhart
**Subject:**   FW: In re Unique Green

Please take notice of the amended schedule.  Will coordinate on the two non-exempt vehicles at your earliest convenience.  Attempting to resume coordination of outstanding issue and their status with end result of filing all appropriate bankruptcy documents or production of documents as required by statute or local rule.
Jesse Aguinaga, Esq.

-------------

**From:**      Marc Myers
**Sent:**      Wednesday, June 15, 2022 6:42 AM
**To:**        jfa@aguinagaandassociates.com
**Cc:**         Eva Engelhart
**Subject:**   Green
Jessie,

The Debtor lists two Corvette's on her Schedule A/B filed at Docket No. 35 but does not exempt them on the amended C filed at Docket No. 73. Are we going to get any resistance as to turnover of these two vehicles?  If so, please advise as to basis.  If not, please advise the Debtor that she will soon be contacted by an auctioneer to arrange for the pickup of both vehicles.  We already had a cell phone # for Mrs. Green prior to your appearance and request permission for the auctioneer selected to directly contact her.  If that is not acceptable, we will give the auctioneer your contact information so as to arrange a convenient pickup time.  Please advise.  Thank you.

-------------

**From:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:** Wednesday, June 15, 2022 7:07 AM
**To:** Marc Myers <mmyers@rossbanks.com>
**Cc:** Eva Engelhart <eengelhart@rossbanks.com>
**Subject:** RE: Green

The vehicles at issue are not exempt, subject to liquidation, I don't expect any issues in turnover—please have the auctioneer/towing company contact me directly at 713-298-9027.  Calls Monday-Sunday, 8 am to 8 pm.
Jesse Aguinaga, Esq

-------------

**From:** Marc Myers <mmyers@rossbanks.com>
**Sent:** Wednesday, June 15, 2022 7:07 AM
**To:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Cc:** Eva Engelhart <eengelhart@rossbanks.com>
**Subject:** RE: Green

Great, thank you!

-------------

**From:**      Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:**      Wednesday, June 15, 2022 9:43 AM
**To:**        Marc Myers
**Cc:**        Eva Engelhart
**Subject:**   RE: Green

You're welcome.  I am attempting to have the two non exempt vehicle brough to my office so that the 3rd party repossession agent can contact me directly and tow them from my Office.  I will continue to update you on this matter.  Jesse Aguinaga, Esq

-------------

**From:** Eva Engelhart <eengelhart@rossbanks.com>
**Sent:** Wednesday, June 15, 2022 1:14 PM
**To:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>; billywebster@webstersauction.com
**Cc:** Marc Myers <mmyers@rossbanks.com>
**Subject:** RE: Green

Dear Jesse:

Please meet Billy Webster who is addressed as a sender herein.  He is our proposed auctioneer for the two Corvettes.  Please coordinate with him as to the Corvette pick up.  Also, please make sure that you have the titles to the two Corvettes when he or someone from Webster Auctions comes to pick up the vehicles.

-------------

**From:**      Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:**      Wednesday, June 15, 2022 2:30 PM
**To:**        Eva Engelhart
**Cc:**        Marc Myers
**Subject:**   RE: Green

I am waiting on the Debtor to respond and will get with you both and the Mr. Webster asap.  Please provide complete contact information for Mr. Webster, full name, address, phone, title, email.  Jesse Aguinaga, Esq

-------------

**From:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:** Monday, June 20, 2022 3:54 PM
**To:** Eva Engelhart
**Cc:** Marc Myers
**Subject:** RE: Green

Eva, I was in error. The Debtor will refuse to turnover over the any of the two vehicles and one of them has been stolen. I am in the process of obtaining the police report and the vehicle was not insured.
Jesse Aguinaga, Esq.

--------------

**From:** Marc Myers
**Sent:** Monday, June 20, 2022 4:04 PM
**To:** Jesse Aguinaga; Eva Engelhart
**Subject:** RE: Green
**Attachments:** 73. Amended Schedule C 06-12-22.pdf

Jessie I am attaching the amended schedule C you guys filed and it sure doesn't exempt either of the two corvettes so her refusal to turn over the vehicles will be a problem for her. Further, given what Mrs. Green has been proven to have done to date, and which led to the conversion, and her general litigation and criminal conviction history we are dubious as to whether a vehicle was actually stolen. She needs to reconsider her position or else I am going to recommend an emergency motion for turnover be filed tomorrow morning.

--------------

**From:** Marc Myers
**Sent:** Monday, June 20, 2022 4:11 PM
**To:** Jesse Aguinaga; Eva Engelhart
**Subject:** RE: Green

The Debtor needs to immediately, as in today, provide the registration, license plate and VIN # for both Corvettes, please advise.

--------------

**From:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:** Monday, June 20, 2022 5:35 PM
**To:** Marc Myers
**Cc:** Eva Engelhart
**Subject:** FW: Vehicle Information

Marc, as authorized and instructed by the Debtor, please see her response to the request for production:

"1. Please see previous emails I have forwarded you the vin number to both vehicles they requested them for.

2. I don't have the registration numbers for the vehicles and didn't know they had any other number other than there vehicle identification numbers.

3. I don't have there license plate numbers but I'm sure with a vin number search they can get them because they are both registered vehicles in the state of Texas..

4. The 1958 Corvette was not insured and why are they asking for proof of insurance that has nothing to do with them."

### C. Request for Relief

9.      The 1958 and 2014 Corvettes are property of the estate.   The Trustee does not believe the

Debtor's assertion that the 1958 Corvette was stolen and believes she is hiding the same from the Trustee.

The Debtor is ignoring her obligations as a Chapter 7 debtor and is wrongfully withholding property of the estate from the Trustee.  The Trustee requests entry of an Order compelling the Debtor to turn over the 1958 and 2014 Corvettes to the Trustee immediately, the current location of each vehicle and the party in possession as well as the VIN# for the 1958 Corvette.  The Trustee further requests entry of an Order awarding the Estate monetary sanctions against the Debtor for her failure to turn over these vehicles and unnecessarily causing the Estate to incur legal fees incident to the relief sought herein and for her intentional violation of the stay by assertion of dominion over property of the estate.

10.     The Trustee posits that emergency relief is warranted given the Debtor's intentional behavior and continuing risk to property of the estate.

WHEREFORE based on the foregoing, the Trustee requests all relief set out above and for such other and further relief to which entitlement may be shown.

Respectfully submitted,

/s/ Marc Douglas Myers

_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE

**CERTIFICATE OF ACCURACY**

I certify that the basis proffered for emergency relief is based on a good faith investigation of the facts.

/s/ Marc Douglas Myers

_____
Marc Douglas Myers

**Fill in this information to identify your case and this filing:**

Debtor 1    Unique          Mica          Green
            First Name      Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number  22-30587

United States Courts
Southern District of Texas
F I L E D

APR 1 4 2022

Nathan Ochsner, Clerk of Court

❏ Check if this is an amended filing

# Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ❏ No. Go to Part 2.
   ❏ Yes. Where is the property?

   1.1. 4404 Allison Rd
   Street address, if available, or other description

   Houston, TX 77048
   City          State    ZIP Code

   Harris
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ❏ Duplex or multi-unit building
   ❏ Condominium or cooperative
   ❏ Manufactured or mobile home
   ❏ Land
   ❏ Investment property
   ❏ Timeshare
   ❏ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ❏ Debtor 2 only
   ❏ Debtor 1 and Debtor 2 only
   ❏ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**    **Current value of the portion you own?**
   $ 500K          $ _____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   Deed Property

   ❏ Check if this is community property (see instructions)

   If you own or have more than one, list here:

   1.2. 1804 Thistle Creek Ct
   Street address, if available, or other description

   Fresno, TX 77545
   City          State    ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ❏ Duplex or multi-unit building
   ❏ Condominium or cooperative
   ❏ Manufactured or mobile home
   ❏ Land
   ❏ Investment property
   ❏ Timeshare
   ❏ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ❏ Debtor 2 only
   ❏ Debtor 1 and Debtor 2 only
   ❏ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**    **Current value of the portion you own?**
   $ 300K          $ _____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   Mortgage

   ❏ Check if this is community property (see instructions)

Official Form 106A/B                      Schedule A/B: Property                      page 1

Debtor 1 _Unique Mia Green_   Case number (if known) _22-30587_
First Name    Middle Name    Last Name

1.3. _4630 Perry St_
Street address, if available, or other description

_Haston_  _Tx_  _77021_
City       State  ZIP Code

_Harris County_
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other _bldg_

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ _280 K_ | $ _280 K_ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_Deal Property bought_

- ☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..................** → $ _1,800,00_

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☑ Yes

3.1. Make: _2018_
Model: _Porsche_
Year: _____
Approximate mileage: _31 K_
Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ _30 K_ | $ _____ |

If you own or have more than one, describe here:

3.2. Make: _Chevy_
Model: _Corvette_
Year: _1959_
Approximate mileage: _50 K_
Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ _50 K_ | $ _____ |

Debtor 1 __Unique__ __Mica__ __Green__   Case number *(if known)* __22-30587__
First Name   Middle Name   Last Name

| | |
|---|---|
| 3.3. Make: *Chevy* | **Who has an interest in the property?** Check one. |
| Model: *Carvette* | ☑ Debtor 1 only |
| Year: *2040* | ☐ Debtor 2 only |
| Approximate mileage: *16 k* | ☐ Debtor 1 and Debtor 2 only |
| Other information: | ☐ At least one of the debtors and another |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Check if this is community property (see instructions)

**Current value of the entire property?** $ *45K*

**Current value of the portion you own?** $ _____

| | |
|---|---|
| 3.4. Make: *2018* | **Who has an interest in the property?** Check one. |
| Model: *Dodge* | ☑ Debtor 1 only |
| Year: *Van* | ☐ Debtor 2 only |
| Approximate mileage: *35 L* | ☐ Debtor 1 and Debtor 2 only |
| Other information: | ☐ At least one of the debtors and another |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Check if this is community property (see instructions)

**Current value of the entire property?** $ *25K*

**Current value of the portion you own?** $ _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

| | |
|---|---|
| 4.1. Make: _____ | **Who has an interest in the property?** Check one. |
| Model: _____ | ☐ Debtor 1 only |
| Year: _____ | ☐ Debtor 2 only |
| Other information: | ☐ Debtor 1 and Debtor 2 only |
| | ☐ At least one of the debtors and another |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Check if this is community property (see instructions)

**Current value of the entire property?** $ _____

**Current value of the portion you own?** $ _____

If you own or have more than one, list here:

| | |
|---|---|
| 4.2. Make: _____ | **Who has an interest in the property?** Check one. |
| Model: _____ | ☐ Debtor 1 only |
| Year: _____ | ☐ Debtor 2 only |
| Other information: | ☐ Debtor 1 and Debtor 2 only |
| | ☐ At least one of the debtors and another |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Check if this is community property (see instructions)

**Current value of the entire property?** $ _____

**Current value of the portion you own?** $ _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................➔  $ *160,000*

Debtor 1   Unique Mica Green
First Name   Middle Name   Last Name

Case number (if known) 22-30587

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   Examples: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Wash well Furniz
   $ 5k

7. **Electronics**
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... TV, Computer
   $ 2,500 ⁰⁰

8. **Collectibles of value**
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.........
   $

9. **Equipment for sports and hobbies**
   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.........
   $

10. **Firearms**
    Examples: Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........
    $

11. **Clothes**
    Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe......... Clothe
    $ 500 ⁰⁰

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe......... Gold Necklace
    $ 250 ⁰⁰

13. **Non-farm animals**
    Examples: Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe......... Dog, Bird Horse
    $ 5k

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ............
    $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................. ➔
    $

Debtor 1    Unique    Mica    Green
     First Name     Middle Name     Last Name        Case number (if known) 22-30587

---

## Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes..................................................................................................................................................... Cash: ....................... $_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No

☐ Yes .....................            Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | _____ | $_____ |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _____ | $_____ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes.................      Institution or issuer name:

_____ $_____

_____ $_____

_____ $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No        Name of entity:                            % of ownership:

☐ Yes. Give specific information about them.........................

| Name of entity | % of ownership | |
|---|---|---|
| _____ | 0% | $_____ |
| _____ | 0% | $_____ |
| _____ | 0% | $_____ |

---

Debtor 1 ___Unique___ ___Mica___ ___Green___  Case number *(if known)*___22- 30587___
           First Name   Middle Name   Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific   Issuer name:
information about
them........................ _____  $_____

_____  $_____

_____  $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately.  Type of account:   Institution name:

401(k) or similar plan: _____  $_____

Pension plan: _____  $_____

IRA: _____  $_____

Retirement account: _____  $_____

Keogh: _____  $_____

Additional account: _____  $_____

Additional account: _____  $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes...........................   Institution name or individual:

Electric: _____  $_____

Gas: _____  $_____

Heating oil: _____  $_____

Security deposit on rental unit: _____  $_____

Prepaid rent: _____  $_____

Telephone: _____  $_____

Water: _____  $_____

Rented furniture: _____  $_____

Other: _____  $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.........................   Issuer name and description:

_____  $_____

_____  $_____

_____  $_____

Official Form 106A/B                    **Schedule A/B: Property**                    page 6

Debtor 1  Unique Mica Green
First Name    Middle Name    Last Name

Case number (*if known*)  22-30587

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$_____

$_____

$_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them....

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....

$_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:  $_____
State:  $_____
Local:  $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information.............

Alimony:  $_____
Maintenance:  $_____
Support:  $_____
Divorce settlement:  $_____
Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☐ Yes. Give specific information..............

$_____

---

Debtor 1 __Unique Mica Green__
First Name  Middle Name  Last Name

Case number (*if known*)___22-30587___

---

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............. 

$_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. ....................  Stolen Car in 2021    $ 35K

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ....................  

$_____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............  

$_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................➔

$_____

---

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe.......  4630 Perry St Houston TX 77021    $ 280K

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe.......  Was burgalize & lost propty    $_____

---

Official Form 106A/B    Schedule A/B: Property    page 8

Debtor 1    Unique Mica Green    Case number *(if known)* 22-30587
First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe.......

$_____

41. **Inventory**

☑ No

☐ Yes. Describe.......

$_____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......    Name of entity:                                  % of ownership:

_____    _____%    $_____

_____    _____%    $_____

_____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe........

$_____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ...............................................................................➔    $_____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No

☐ Yes.......................    $_____

Official Form 106A/B    **Schedule A/B: Property**    page **9**

Debtor 1 ___Unique Mica Green___   Case number *(if known)* __22-30587__

First Name   Middle Name   Last Name

**48. Crops—either growing or harvested**

☑ No

❑ Yes. Give specific
   information. ............

$_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

❑ Yes. ........................

$_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

❑ Yes. ........................

$_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

❑ Yes. Give specific
   information. ............

$_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** ....................................................... ➔ $_____

---

### Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

❑ Yes. Give specific
   information. ............

$_____
$_____
$_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ................................ ➔ $_____

---

### Part 8:   List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2** ................................................................................................... ➔ $_____

**56. Part 2: Total vehicles, line 5**   $_____

**57. Part 3: Total personal and household items, line 15**   $_____

**58. Part 4: Total financial assets, line 36**   $_____

**59. Part 5: Total business-related property, line 45**   $_____

**60. Part 6: Total farm- and fishing-related property, line 52**   $_____

**61. Part 7: Total other property not listed, line 54**   **+** $_____

**62. Total personal property. Add lines 56 through 61.** ...................   $_____   Copy personal property total ➔ **+** $_____

**63. Total of all property on Schedule A/B. Add line 55 + line 62.** ......................................................   $_____

**Fill in this information to identify your case:**

Debtor 1 __Unique__ __Mica__ __Green__
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __Southern__ District of __Texas__

Case number __22-30587__
(If known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C                  Schedule C: The Property You Claim as Exempt                  page 1 of __

Debtor 1  Unique Mica Green
         First Name   Middle Name   Last Name

Case number (if known) 22-30587

---

**Part 2:** **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $ _____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 2 of __

**Fill in this information to identify your case:**

Debtor 1 ___Unique___ ___Mica___ ___Gween___
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___

Case number ___22-30587___
(If known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** ___Amcredit___
Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

| 1818 Wilch creek |
|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$_____    $_____    $_____

**2.2** ___Toyota Financial___
Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

| 2018 Porsche |
|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$_____    $_____    $_____

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

Official Form 106D     Schedule D: Creditors Who Have Claims Secured by Property      page 1 of ___

Debtor 1    Unique    Mica    Green      Case number (*if known*) 22- 30587

     First Name      Middle Name      Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any. |

---

Credit Acceptance
Creditor's Name

Number   Street

City    State   ZIP Code

**Describe the property that secures the claim:**

2018 Dodge Caravan

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____    $_____

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number   Street

City    State   ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____    $_____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number   Street

City    State   ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____    $_____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $_____

Debtor 1    Unique Mica Green      Case number *(if known)* 22-30587
First Name    Middle Name    Last Name

---

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name

Number   Street

City     State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐

Name

Number   Street

City     State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐

Name

Number   Street

City     State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐

Name

Number   Street

City     State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐

Name

Number   Street

City     State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐

Name

Number   Street

City     State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Official Form 106D     Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**     page   of

Fill in this information to identify your case:

Debtor 1  Unique   Mica   Green
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number   22-30587
(If known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

None

Priority Creditor's Name

_____
Number        Street

_____

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____   $_____   $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____   $_____   $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 1 of

Debtor 1 _Unique Mira Green_
First Name   Middle Name   Last Name

Case number (if known) _22-30587_

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

Priority Creditor's Name

Number        Street

City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____  $_____  $_____

---

Priority Creditor's Name

Number        Street

City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____  $_____  $_____

---

Priority Creditor's Name

Number        Street

City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____  $_____  $_____

---

Debtor 1  Unique Mica Green

First Name  Middle Name  Last Name

Case number *(if known)* 22-30587

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.1**

_____
Nonpriority Creditor's Name

_____
Number       Street

_____
City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

**4.2**

_____
Nonpriority Creditor's Name

_____
Number       Street

_____
City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

**4.3**

_____
Nonpriority Creditor's Name

_____
Number       Street

_____
City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

Debtor 1 ___Unique__ __Mica__ __Green___   Case number *(if known)*___22 30587___
　　　　First Name　　Middle Name　　Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.　　　　**Total claim**



_____
Nonpriority Creditor's Name

_____
Number　　　Street

_____
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___　　$_____

When was the debt incurred?　_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

_____
Nonpriority Creditor's Name

_____
Number　　　Street

_____
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___　　$_____

When was the debt incurred?　_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

_____
Nonpriority Creditor's Name

_____
Number　　　Street

_____
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___　　$_____

When was the debt incurred?　_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Debtor 1 <u>Unique erica Green</u>  Case number *(if known)* <u>22-30587</u>
First Name   Middle Name   Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number     Street

_____

_____
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1   Unique   Mica   Green
First Name   Middle Name   Last Name

Case number (if known) 22-30587

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  | Total claim |
|---|---|---|
| 6a. | **Domestic support obligations** | 6a. $ |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. $ |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. $ |

**Total claims from Part 2**

|  |  | Total claim |
|---|---|---|
| 6f. | **Student loans** | 6f. $ |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. $ |

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page   of

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | Unique Mica Green |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse if filing) | |
| | First Name  Middle Name  Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known) 22-30587

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

**Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**2.1**

Name

Number     Street

City                    State     ZIP Code

**2.2**

Name

Number     Street

City                    State     ZIP Code

**2.3**

Name

Number     Street

City                    State     ZIP Code

**2.4**

Name

Number     Street

City                    State     ZIP Code

**2.5**

Name

Number     Street

City                    State     ZIP Code

Official Form 106G                    Schedule G: Executory Contracts and Unexpired Leases                    page 1 of

Debtor 1 _Unique Mica Green_
First Name   Middle Name   Last Name

Case number (*if known*) _22-30587_

**Additional Page if You Have More Contracts or Leases**

Person or company with whom you have the contract or lease

What the contract or lease is for

2.2

Name

Number        Street

City                              State      ZIP Code

2._

Name

Number        Street

City                              State      ZIP Code

2._

Name

Number        Street

City                              State      ZIP Code

2._

Name

Number        Street

City                              State      ZIP Code

2._

Name

Number        Street

City                              State      ZIP Code

2._

Name

Number        Street

City                              State      ZIP Code

2._

Name

Number        Street

City                              State      ZIP Code

2._

Name

Number        Street

City                              State      ZIP Code

Official Form 106G                      Schedule G: Executory Contracts and Unexpired Leases                      page      of

**Fill in this information to identify your case:**

Debtor 1    Unique       Mica        Green
           First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number    22-30587
(If known)

☐ Check if this is an
   amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number       Street

      _____
      City                    State            ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G **to fill out Column 2.**

   **Column 1: Your codebtor**                    **Column 2: The creditor to whom you owe the debt**

                                                   Check all schedules that apply:

   **3.1**  _____        ☐ Schedule D, line _____
           Name                                    ☐ Schedule E/F, line _____
           _____        ☐ Schedule G, line _____
           Number       Street
           _____
           City          State        ZIP Code

   **3.2**  _____        ☐ Schedule D, line _____
           Name                                    ☐ Schedule E/F, line _____
           _____        ☐ Schedule G, line _____
           Number       Street
           _____
           City          State        ZIP Code

   **3.3**  _____        ☐ Schedule D, line _____
           Name                                    ☐ Schedule E/F, line _____
           _____        ☐ Schedule G, line _____
           Number       Street
           _____
           City          State        ZIP Code

Official Form 106H                    Schedule H: Your Codebtors                    page 1 of

Debtor 1  **Unique Mecu Green**
    First Name         Middle Name        Last Name

Case number (*if known*) **22-30587**

### Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3._**

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Official Form 106H        **Schedule H: Your Codebtors**        page _____ of _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Unique _First Name_ | Mica _Middle Name_ | Green _Last Name_ |
| Debtor 2 (Spouse, if filing) | _First Name_ | _Middle Name_ | _Last Name_ |

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known)   22-30587

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Matician | |
| **Employer's name** | A Community and Home | |
| **Employer's address** | 4630 Peng St<br>_Number  Street_ | _Number  Street_ |
| | North, TX 77031<br>_City   State  ZIP Code_ | _City   State  ZIP Code_ |
| **How long employed there?** | 5 yrs | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $6K | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. + $_____ | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $6K | $_____ |

Debtor 1  Unique Mica Green
First Name   Middle Name   Last Name

Case number (if known) 22-30587

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................ ➔ | 4. | $ 0 | $ |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ | $ |
| 5e. Insurance | 5e. | $ | $ |
| 5f. Domestic support obligations | 5f. | $ | $ |
| 5g. Union dues | 5g. | $ | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ | + $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $   $

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0 K   $

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0   $

8b. **Interest and dividends**   8b.   $   $

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $   $

8d. **Unemployment compensation**   8d.   $   $

8e. **Social Security**   8e.   $   $

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $   $

8g. **Pension or retirement income**   8g.   $   $

8h. **Other monthly income.** Specify: _____   8h.   + $   + $

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $   $

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ + $ = $

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. + $

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1 _Unique_ _Mica_ _Green_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _Southern_ District of _Texas_

Case number _22-30587_
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

  ☐ No
  ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Mykela Bra— | 19 | ☐ No  ☑ Yes |
| Gaga Green | 17 | ☐ No  ☑ Yes |
| Christoph Bra— | 5 | ☐ No  ☑ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4.   $ 4500.00

  If not included in line 4:

  4a.   Real estate taxes   4a.   $
  4b.   Property, homeowner's, or renter's insurance   4b.   $ 569.00
  4c.   Home maintenance, repair, and upkeep expenses   4c.   $ 0
  4d.   Homeowner's association or condominium dues   4d.   $ 0

Official Form 106J   Schedule J: Your Expenses   page 1

Debtor 1   Unique Mica Green
First Name   Middle Name   Last Name

Case number *(if known)* 22-30587

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans    5.   $ 2208.00

6. **Utilities:**

   6a.   Electricity, heat, natural gas    6a.   $ 600.00

   6b.   Water, sewer, garbage collection    6b.   $ 200.00

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.   $ 350.00

   6d.   Other. Specify: _____    6d.   $ _____

7. **Food and housekeeping supplies**    7.   $ _____

8. **Childcare and children's education costs**    8.   $ _____

9. **Clothing, laundry, and dry cleaning**    9.   $ _____

10. **Personal care products and services**    10.   $ _____

11. **Medical and dental expenses**    11.   $ _____

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12.   $ 350.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.   $ _____

14. **Charitable contributions and religious donations**    14.   $ _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.   Life insurance    15a.   $ _____

    15b.   Health insurance    15b.   $ _____

    15c.   Vehicle insurance    15c.   $ _____

    15d.   Other insurance. Specify:_____    15d.   $ _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16.   $ _____

17. **Installment or lease payments:**

    17a.   Car payments for Vehicle 1    17a.   $ 440.00

    17b.   Car payments for Vehicle 2    17b.   $ 400.00

    17c.   Other. Specify:_____    17c.   $ _____

    17d.   Other. Specify:_____    17d.   $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
    your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.   $ _____

19. **Other payments you make to support others who do not live with you.**
    Specify:_____    19.   $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

    20a.   Mortgages on other property    20a.   $ _____

    20b.   Real estate taxes    20b.   $ _____

    20c.   Property, homeowner's, or renter's insurance    20c.   $ _____

    20d.   Maintenance, repair, and upkeep expenses    20d.   $ _____

    20e.   Homeowner's association or condominium dues    20e.   $ _____

Official Form 106J    **Schedule J: Your Expenses**    page **2**

Debtor 1    Unique    Mica    Green
First Name      Middle Name      Last Name

Case number *(if known)* 22- 30587

---

21. **Other.** Specify: _____

21.    +$_____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.

22a.   $ 9,557 ⁰⁰

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2

22b.   $_____

22c. Add line 22a and 22b. The result is your monthly expenses.

22c.   $_____

23. **Calculate your monthly net income.**

23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*

23a.   $_____

23b.   Copy your monthly expenses from line 22c above.

23b.   —$_____

23c.   Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*

23c.   $_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

❑ No.

❑ Yes.    | Explain here:

---

## Marc Myers

**From:**        Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:**        Thursday, May 19, 2022 4:53 PM
**To:**          Marc Myers
**Subject:**     RE: In re Unique Green

Acknowledged.  Thanks.  Jfa

**From:** Marc Myers <mmyers@rossbanks.com>
**Sent:** Thursday, May 19, 2022 12:52 PM
**To:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Subject:** RE: In re Unique Green

- The lease for 1818 Thistlecreek
- Phone # for Ms. Yolanda Smith
- Copy of most recent bills showing all details for the 2018 Porsche and 2018 Dodge Van
- The VIN # of the 1958 Corvette as well as all purchase related documents
- The purchase documents for the 2014 Corvette



| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Unique** | **Mica** | **Green** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
| --- | --- | --- | --- |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

| Case number | **22-30587-H2-7** |
| --- | --- |
| (if known) | |

☑ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>**2018 Porsche  Macan (approx. 31,000 miles)**<br>2018 Porsche Macan (approx. 31,000 miles)<br>Line from *Schedule A/B*: **3.1** | **$44,050.00** | ☑ **$24,093.89**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2018 Dodge Gran Caravan (approx. 50,000 miles)**<br>2018 Dodge Grand Caravan (approx. 50,000 miles)<br>Line from *Schedule A/B*: **3.4** | **$25,000.00** | ☑ **$1,194.95**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes

## Marc Myers

**From:**         Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:**         Tuesday, May 31, 2022 12:08 PM
**To:**            Marc Myers
**Cc:**            Eva Engelhart
**Subject:**     RE: Unique Green

Attempting to amended all her bankruptcy documents/schedules to comply with the law.  Will move quickly on the vehicles.  The vehicle that are not exempt will be surrendered/turned over.  Jesse Aguinaga, Esq.

**From:** Marc Myers <mmyers@rossbanks.com>
**Sent:** Tuesday, May 31, 2022 12:06 PM
**To:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Cc:** Eva Engelhart <eengelhart@rossbanks.com>
**Subject:** Unique Green

Jesse,

As it stands, the 4 vehicles listed in the Debtor's current schedule A/B are non-exempt property of the estate.  She needs to either turn over these vehicles or amend her exemption claims, please advise.  Thank you.

Marc Douglas Myers, Attorney at Law
Ross, Banks, May, Cron & Cavin, P.C.
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 439-4147 direct
(713) 626-1200 main firm number
(713) 623-6014 fax
mmyers@rossbanks.com

*Please be advised that when we provide services to persons seeking bankruptcy protection, the law considers us to be a "DEBT RELIEF AGENCY."  It is routine for attorneys in our firm, such as myself, to help individuals and entities seek protection from creditors by filing for Bankruptcy Relief under the United States Bankruptcy Code.  Additionally, as part of our complete range of bankruptcy related services, we also routinely represent other parties commonly involved in bankruptcy cases such as commercial and residential landlords, commercial and residential lenders, banks, auto lenders, equipment financiers, trade creditors and bankruptcy trustees, among others.*

*To ensure compliance with requirements imposed by the IRS in Circular 230, be advised that federal tax advice, if any, contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing or recommending to another party any transaction or matter that does so.*

1

## Marc Myers

| | |
|---|---|
| **From:** | Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM> |
| **Sent:** | Sunday, June 12, 2022 11:45 AM |
| **To:** | Marc Myers |
| **Cc:** | Eva Engelhart |
| **Subject:** | FW: In re Unique Green |

Please take notice of the amended schedule.  Will coordinate on the two non-exempt vehicles at your earliest convenience.  Attempting to resume coordination of outstanding issue and their status with end result of filing all appropriate bankruptcy documents or production of documents as required by statute or local rule.
Jesse Aguinaga, Esq.

Notice of Electronic Filing

The following transaction was received from Jesse Aguinaga entered on 6/12/2022 at 11:42 AM CDT and filed on 6/12/2022

| | |
|---|---|
| **Case Name:** | Unique Mica Green |
| **Case Number:** | 22-30587 |
| **Document Number:** | 73 |

**Docket Text:**
Amended Schedule C - *Two (2) Exempt Motor Vehicles* (Filed By Unique Mica Green ).
(Attachments: # (1) 1st Amended Schedule C) (Aguinaga, Jesse)



## Marc Myers

| | |
|---|---|
| **From:** | Marc Myers |
| **Sent:** | Wednesday, June 15, 2022 6:42 AM |
| **To:** | jfa@aguinagaandassociates.com |
| **Cc:** | Eva Engelhart |
| **Subject:** | Green |

Jessie,

The Debtor lists two Corvette's on her Schedule A/B filed at Docket No. 35 but does not exempt them on the amended C filed at Docket No. 73.  Are we going to get any resistance as to turnover of these two vehicles?  If so, please advise as to basis.  If not, please advise the Debtor that she will soon be contacted by an auctioneer to arrange for the pickup of both vehicles.  We already had a cell phone # for Mrs. Green prior to your appearance and request permission for the auctioneer selected to directly contact her.  If that is not acceptable, we will give the auctioneer your contact information so as to arrange a convenient pickup time.  Please advise.  Thank you.

1

## Marc Myers

| | |
|---|---|
| **From:** | Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM> |
| **Sent:** | Wednesday, June 15, 2022 9:43 AM |
| **To:** | Marc Myers |
| **Cc:** | Eva Engelhart |
| **Subject:** | RE: Green |

You're welcome.  I am attempting to have the two non exempt vehicle brough to my office so that the 3rd party repossession agent can contact me directly and tow them from my Office.  I will continue to update you on this matter.  Jesse Aguinaga, Esq

**From:** Marc Myers <mmyers@rossbanks.com>
**Sent:** Wednesday, June 15, 2022 7:07 AM
**To:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Cc:** Eva Engelhart <eengelhart@rossbanks.com>
**Subject:** RE: Green

Great, thank you!

**From:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:** Wednesday, June 15, 2022 7:07 AM
**To:** Marc Myers <mmyers@rossbanks.com>
**Cc:** Eva Engelhart <eengelhart@rossbanks.com>
**Subject:** RE: Green

The vehicles at issue are not exempt, subject to liquidation, I don't expect any issues in turnover—please have the auctioneer/towing company contact me directly at 713-298-9027.  Calls Monday-Sunday, 8 am to 8 pm.
Jesse Aguinaga, Esq

**From:** Marc Myers <mmyers@rossbanks.com>
**Sent:** Wednesday, June 15, 2022 6:42 AM
**To:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Cc:** Eva Engelhart <eengelhart@rossbanks.com>
**Subject:** Green

Jessie,

The Debtor lists two Corvette's on her Schedule A/B filed at Docket No. 35 but does not exempt them on the amended C filed at Docket No. 73.  Are we going to get any resistance as to turnover of these two vehicles?  If so, please advise as to basis.  If not, please advise the Debtor that she will soon be contacted by an auctioneer to arrange for the pickup of both vehicles.  We already had a cell phone # for Mrs. Green prior to your appearance and request permission for the auctioneer selected to directly contact her.  If that is not acceptable, we will give the auctioneer your contact information so as to arrange a convenient pickup time.  Please advise.  Thank you.

## Marc Myers

| | |
|---|---|
| **From:** | Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM> |
| **Sent:** | Wednesday, June 15, 2022 2:30 PM |
| **To:** | Eva Engelhart |
| **Cc:** | Marc Myers |
| **Subject:** | RE: Green |

I am waiting on the Debtor to respond and will get with you both and the Mr. Webster asap.  Please provide complete contact information for Mr. Webster, full name, address, phone, title, email.  Jesse Aguinaga, Esq

---

**From:** Eva Engelhart <eengelhart@rossbanks.com>
**Sent:** Wednesday, June 15, 2022 1:14 PM
**To:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>; billywebster@webstersauction.com
**Cc:** Marc Myers <mmyers@rossbanks.com>
**Subject:** RE: Green

Dear Jesse:

Please meet Billy Webster who is addressed as a sender herein.  He is our proposed auctioneer for the two Corvettes.  Please coordinate with him as to the Corvette pick up.  Also, please make sure that you have the titles to the two Corvettes when he or someone from Webster Auctions comes to pick up the vehicles.

Thank you,

Eva

1

## Marc Myers

| | |
|---|---|
| **From:** | Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM> |
| **Sent:** | Monday, June 20, 2022 3:54 PM |
| **To:** | Eva Engelhart |
| **Cc:** | Marc Myers |
| **Subject:** | RE: Green |

Eva, I was in error.  The Debtor will refuse to turnover over the any of the two vehicles and one of them has been stolen.  I am in the process of obtaining the police report and the vehicle was not insured.
Jesse Aguinaga, Esq.



1

## Marc Myers

| | |
|---|---|
| **From:** | Marc Myers |
| **Sent:** | Monday, June 20, 2022 4:04 PM |
| **To:** | Jesse Aguinaga; Eva Engelhart |
| **Subject:** | RE: Green |
| **Attachments:** | 73. Amended Schedule C 06-12-22.pdf |

**Importance:**     High

Jessie I am attaching the amended schedule C you guys filed and it sure doesn't exempt either of the two corvettes so her refusal to turn over the vehicles will be a problem for her.  Further, given what Mrs. Green has been proven to have done to date, and which led to the conversion, and her general litigation and criminal conviction history we are dubious as to whether a vehicle was actually stolen.  She needs to reconsider her position or else I am going to recommend an emergency motion for turnover be filed tomorrow morning.

---

**From:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:** Monday, June 20, 2022 3:54 PM
**To:** Eva Engelhart <eengelhart@rossbanks.com>
**Cc:** Marc Myers <mmyers@rossbanks.com>
**Subject:** RE: Green

Eva, I was in error.  The Debtor will refuse to turnover over the any of the two vehicles and one of them has been stolen.  I am in the process of obtaining the police report and the vehicle was not insured.
Jesse Aguinaga, Esq.



1

## Marc Myers

**From:** Marc Myers
**Sent:** Monday, June 20, 2022 4:11 PM
**To:** Jesse Aguinaga; Eva Engelhart
**Subject:** RE: Green

**Importance:** High

The Debtor needs to immediately, as in today, provide the registration, license plate and VIN # for both Corvettes, please advise.

**From:** Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM>
**Sent:** Monday, June 20, 2022 3:54 PM
**To:** Eva Engelhart <eengelhart@rossbanks.com>
**Cc:** Marc Myers <mmyers@rossbanks.com>
**Subject:** RE: Green

Eva, I was in error.  The Debtor will refuse to turnover over the any of the two vehicles and one of them has been stolen.  I am in the process of obtaining the police report and the vehicle was not insured.
Jesse Aguinaga, Esq.



## Marc Myers

| | |
|---|---|
| **From:** | Jesse Aguinaga <jfa@AGUINAGAANDASSOCIATES.COM> |
| **Sent:** | Monday, June 20, 2022 5:35 PM |
| **To:** | Marc Myers |
| **Cc:** | Eva Engelhart |
| **Subject:** | FW: Vehicle Information |

Marc, as authorized and instructed by the Debtor, please see her response to the request for production:

"1. Please see previous emails I have forwarded you the vin number to both vehicles they requested them for.

2. I don't have the registration numbers for the vehicles and didn't know they had any other number other than there vehicle identification numbers.

3. I don't have there license plate numbers but I'm sure with a vin number search they can get them because they are both registered vehicles in the state of Texas..

4. The 1958 Corvette was not insured and why are they asking for proof of insurance that has nothing to do with them."

1