**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **UNIQUE MICA GREEN** | § | **CASE NO. 22-30587** |
| | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **CHIEF JUDGE DAVID R. JONES** |

<u>**WITNESS AND EXHIBIT LIST FOR**</u>

<u>**A. Witnesses**</u>

1.  Unique Mica Green
2.  Eva S. Engelhart
3.  Any witness designated/called by any other party
4.  Rebuttal and impeachment witnesses as needed

<u>**B.  Exhibits**</u>

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Debtor's Schedules filed at Dkt # 35 | | | | |
| 2 | Amended Schedule C at Dkt # | | | | |
| 3 | Insurance information | | | | |
| 4 | June 6, 2022 email from Unique Green | | | | |
| 5 | Police Report | | | | |
| 6 | 341 recording | | | | |
| | Any other exhibit designated/offered by any other party | | | | |
| | Rebuttal and/or impeachment exhibits as needed | | | | |

Respectfully submitted,

*/s/ Marc Douglas Myers*

_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 6, 2022 a true and correct copy of the foregoing was sent via the CM-ECF system to all parties receiving notice via the CM-ECF system.

*/s/ Marc Douglas Myers*

_____

Marc Douglas Myers