**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 13, 2025

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| In Re: | Unique Mica Green | |
| | **Debtor(s)** | Case No.: 22−30587 |
| | | Chapter:  7 |

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Eva S Engelhart is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/13/25

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge